**Order filed February 20, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01025-CV
_____

**RALPH DOUGLAS, Appellant**

**V.**

**HONORABLE BRADY G. ELLIOTT, THOMAS R. CULVER, III, AND DANIEL R. SKLAR, Appellees**

---

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 12-DCV-200383**

---

### ORDER

Ralph Douglas has not complied with Chapter 14 of the Civil Practice and Remedies Code. Specifically, Ralph Douglas has not filed in this court an affidavit or declaration identifying each action, other than an action under the Family Code, previously brought by him and in which he was not represented by an attorney. *See* Tex. Civ. Prac. & Rem. Code § 14.004. This court will consider dismissal of this appeal on its own motion for failure to comply with Chapter 14 unless any party

1

files a response on or before **March 3, 2014**, showing meritorious grounds for continuing the appeal. *See Douglas v. Moffett*, 14-12-00321-CV, — S.W.3d —, 2013 WL 6237255, at *4 (Tex. App.—Houston [14th Dist.] Dec. 3, 2013, no pet. h.); *Douglas v. Turner*, No. 10-13-00031-CV, — S.W.3d —, 2013 WL 2245653, at *1 (Tex. App.—Waco May 9, 2013, no pet.). Ralph Douglas is instructed that, should he file the requisite affidavit or declaration, he shall identify "each action" required by Chapter 14, including all appeals and original proceedings brought by him and in which he was not represented by an attorney. *See* Tex. Civ. Prac. & Rem. Code § 14.002 (scope of Chapter 14 includes every "action, including an appeal or original proceeding," brought by an inmate in which the inmate files an affidavit or unsworn declaration of inability to pay costs). Ralph Douglas is further instructed that the affidavit or declaration must be accompanied by a certified copy of his inmate trust account. *See id.* § 14.004(c).


PER CURIAM

Panel consists of Justices Boyce, Christopher, and Brown.